LAURA E. DUFFY
United States Attorney
JULIA A. CLINE
Special Assistant U.S. Attorney
California Bar No.: 201624
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-6783
Email: julia.cline@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Ruben Morales Cervantes,<br><br>　　　　Defendant. | Case No.: 16CR0307-GPC<br><br>Date:　5/27/2016<br>Time:　8:30 a.m.<br><br>The Honorable Gonzalo P. Curiel<br><br>**THE UNITED STATES' MOTION FOR AN ORDER TO SHORTEN TIME** |

　　　　The Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Laura E. Duffy, United States Attorney, and Julia A. Cline, Special Assistant U.S. Attorney, hereby submits this Motion for an Order to Shorten Time to file the United States' Sentencing Summary Chart and Motion under USSG § 3E1.1(b) until today, May 23, 2016 and apologizes to the Court for any inconvenience caused by the late filing. The Government was in training and was unable to remotely access the Government's draft of the SSC.

　　　　DATED: May 23, 2016　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　LAURA E. DUFFY
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　　　　<u>/s/ *Julia A. Cline*　　　　　　　</u>
　　　　　　　　　　　　　　　　　　　　　　　　　　Julia A. Cline
　　　　　　　　　　　　　　　　　　　　　　　　　　Special Asst United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>Ruben Morales Cervantes,<br><br>    Defendant. | Case No.: 16CR307-GPC<br><br>CERTIFICATE OF SERVICE |

I, the undersigned declare under penalty of perjury, that I am over the age of eighteen years and I am not a party to the above-entitled action. I have caused service of the United States' Motion for an Order to Shorten Time on the following parties by electronically filing the foregoing with the U.S. District Court for the Southern District of California using its ECF System, which electronically notifies them:

Benjamin J. Cheeks, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 23, 2016.

                                    /s/ *Julia A. Cline*
                                    Julia A. Cline
                                    Special Assistant United States Attorney