# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. RUBEN MORALES CERVANTES, Defendant. | Case No.: 16CR0307-GPC  **ORDER GRANTING UNITED STATES' MOTION TO SHORTEN TIME** |

For good cause shown and upon motion of the United States, **IT IS HEREBY ORDERED** that the United States' Motion is granted for an Order to Shorten Time to file the United States' Sentencing Summary Chart and Motion under USSG **§** 3E1.1(b).

IT IS SO ORDERED.
Dated: May 24, 2016

Hon. Gonzalo P. Curiel
United States District Judge